UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MONICA BRADY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-799** |
| **FEDNAT INSURANCE COMPANY** | **SECTION: "P" (4)** |

## ORDER AND REASONS

Before the Court is the Motion to Remand for Lack of Subject Matter Jurisdiction filed by Plaintiff Monica Brady.[1] The basis of Brady's motion is that the parties in this case, which was removed to this Court solely on the basis of diversity jurisdiction, are no longer diverse after the Louisiana Insurance Guaranty Association ("LIGA") was added as a defendant.[2] The Court agrees.

Title 28, United States Code, Section 1332 gives federal courts subject matter jurisdiction over a matter when the parties are completely diverse and the amount in controversy exceeds $75,000 exclusive of interest and costs.[3] These requirements are not met in this case. Brady alleges in her Amended Complaint that she is a citizen of Louisiana, and it is well established that LIGA is a citizen of Louisiana for diversity purposes.[4] Because complete diversity is lacking, remand to state court is appropriate.[5]

---

[1] R. Doc. 33.
[2] Brady's motion is set for submission on April 16, 2025. Local Rule 7.5 of the United States District Court for the Eastern District of Louisiana requires that a memorandum in opposition to a motion be filed no later than eight days before the noticed submission date, making the deadline in this instance April 8, 2025. No opposition was filed.
[3] 28 U.S.C. § 1332.
[4] LIGA, as an unincorporated association "has the citizenship for diversity purposes of each of its constituent member insurers." *Temple Drilling Co. v. La. Ins. Guar. Ass'n*, 946 F.2d 390, 394 (5th Cir. 1991). Centauri National Insurance Company, one of LIGA's constituent member insurers, is a citizen of Louisiana, and, therefore, LIGA is a citizen of Louisiana for diversity purposes. *See Soza v. S. Fid. Ins. Co.*, No. 22-1400, 2023 WL 2770125, at *5 (E.D. La. Apr. 4, 2023) (Vitter, J.); *Andry v. United Prop. & Cas. Ins.*, No. 2:22-04544, 2023 WL 6442866, at *1 (E.D. La. Oct. 3, 2023) (Fallon, J.); *McDonald v. United Prop. & Cas. Ins. Co.*, No. 22-3757, 2023 WL 6464772, at *2 (E.D. La. Oct. 4, 2023) (Morgan, J.); *14th St. Properties, LLC v. S. Fid. Ins. Co.*, No. 22-1593, 2023 WL 416317, at *1 (E.D. La. Jan. 26, 2023) (Brown, C.J.); *Keiffer v. S. Fid. Ins. Co.*, No. 22-863, 2023 WL 157631, at *1 n.3 (E.D. La. Jan. 11, 2023) (Ashe, J.).
[5] *See* 28 U.S.C. § 1447(e).

Accordingly, **IT IS ORDERED** that Plaintiff Monica Brady's Motion to Remand (R. Doc. 33) is **GRANTED**.

**IT IS FURTHER ORDERED** that this matter is **REMANDED** to the 32nd Judicial District Court for the Parish of Terrebonne, State of Louisiana.

New Orleans, Louisiana, this 10th day of April 2025.

_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**